CATHERINE CARTER, as Administratrix of the Estate of JAMES CARTER, Deceased, Appellant, *v.* RUBY TRUCKING COMPANY, Respondent.

(Argued April 13, 1931; decided May 12, 1931.)

*William S. Butler* and *James A. Gray* for appellant. *James I. Cuff, Henry R. Bright* and *Grattan B. Shults* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.